# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3595
_____

JOSEPH LANCE MATHIS,

Appellant,

v.

ROBERT C. THON,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
William F. Williams, III, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Robert C. Thon, pro se, Appellee.